## No. 15,658.

DAVIES *v.* CAIN ET AL., DOING BUSINESS AS
CAIN & QUERICO.
(184 P. [2d] 872)

Decided September 15, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE STONE and MR. JUSTICE HAYS, participating.

Mr. MERLE M. MARSHALL, for plaintiff in error.

Mr. CHARLES H. ALLEN, for defendants in error.